**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| VIRO DEVELOPMENT, | : | CASE NO. 24-58169-LRC |
| | : | |
| DEBTOR. | : | |
| | : | |
| DEBTOR. | : | |
| | : | |
| MARY IDA TOWNSON, | : | |
| UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT, | : | |
| vs. | : | CONTESTED MATTER |
| | : | |
| VIRO DEVELOPMENT, | : | |
| | : | |
| RESPONDENT. | : | |

**NOTICE OF HEARING ON UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE**

PLEASE TAKE NOTICE that the United States Trustee has filed a Motion to Dismiss Case and related papers with the Court, seeking an order dismissing the case.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the United States Trustee's Motion to Dismiss Case at **10:15 A.M. on September 12, 2024** in Courtroom 1204, U.S. Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual hearing Room through the "Dial-In and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov., or the link on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

      Your rights may be affected by the court's ruling on this motion. You should read this motion carefully and discuss it with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in this motion or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the motion with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response to that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

      Dated: August 7, 2024

                                                      MARY IDA TOWNSON
                                                      UNITED STATES TRUSTEE
                                                      REGION 21

                                                      _/s Jonathan S. Adams_
                                                      Jonathan S. Adams
                                                      Georgia Bar No. 979073
                                                      Trial Attorney

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
404.331.4438
Jonathan.S.Adams@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| VIRO DEVELOPMENT, | : | CASE NO. 24-58169-LRC |
| | : | |
| DEBTOR. | : | |
| | : | |
| DEBTOR. | : | |
| | : | |
| MARY IDA TOWNSON, | : | |
| UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT, | : | |
| vs. | : | CONTESTED MATTER |
| | : | |
| VIRO DEVELOPMENT, | : | |
| | : | |
| RESPONDENT. | : | |

## MOTION TO DISMISS CASE

COMES NOW Mary Ida Townson, United States Trustee for Region 21, in furtherance of the administrative responsibilities imposed by 28 U.S.C. § 586(a), and respectfully moves this Court to enter an order dismissing the above-captioned Chapter 11 case for cause pursuant to 11 U.S.C. § 1112(b). In support of this motion, the United States Trustee shows the Court as follows:

1.

The Court has jurisdiction over this matter under 28 U.S.C. § 1334(a) and (b), and 28 U.S.C. § 157(a) and (b)(1). This is a core proceeding under 28 U.S.C. § 157(b)(2)(A).

2.

On August 6, 2024, Viro Development (the "Debtor") commenced this case by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Petition"). On its Petition, Debtor indicated it is a small business debtor as defined in 11 U.S.C. § 101(51D).

3.

The Petition was signed by "Royce Jones" as the "President" of the Debtor. No attorney signed the petition as representative of the Debtor.

4.

Debtor disclosed just one creditor on its list of creditor filed with the Petition: Center Street Lending.

5.

Debtor has yet to pay the filing fee in this case. And although the time for doing so has not yet passed at time of writing, Debtor has yet to file Schedules, a Statement of Financial Affairs, a Corporate Resolution, or any of the financial documents required of small business debtors-in-possession under 11 U.S.C. § 1116 (1).

6.

On the Petition, the Debtor indicates that it is a corporation; as a result, it appears on the face of the Petition that Debtor is an artificial entity and that it is not represented by an attorney.

7.

The Court should dismiss this case, for cause, pursuant to 11 U.S.C. § 1112(b). Because Debtor is an artificial entity, it cannot represent itself in this proceeding, nor may its officers appear before this court on its behalf unless they are licensed attorneys. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985); *National Indep. Theatre Exhibitors, Inc. v. Buena Vista Distrib. Co.*, 748 F.2d 602, 609 (11th Cir. 1984), *cert denied*, 474 U.S. 1056 (1985).

8.

Bankruptcy Code section 1112 provides a non-exhaustive list of grounds for dismissal of a chapter 11 case. Debtor's inability to prosecute this case is cause for dismissal under 11 U.S.C. § 1112(b). *See, e.g., In re 167 W. 133rd St. Hous. Dev. Fund Corp.*, No. 18-12043, 2018 Bankr. LEXIS 2909, at *12 n.9 (Bankr. S.D.N.Y. Sep. 25, 2018) ("The failure of a corporate debtor . . . to retain counsel, is grounds under § 1112(b)(2) to dismiss or convert its case.").

WHEREFORE, the United States Trustee respectfully moves this Court to enter an order dismissing this case, directing payment of any unpaid chapter 11 filing fees and special charges, and granting such other relief as the Court deems just and proper.

Dated: August 7, 2024.

MARY IDA TOWNSON
UNITED STATES TRUSTEE
REGION 21

  /s  *Jonathan S. Adams*
Jonathan S. Adams
Georgia Bar No. 979073
Trial Attorney
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
404.331.4438
Jonathan.S.Adams@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Motion to Dismiss Case* and *Notice of Hearing on United States Trustee's Motion to Dismiss Case* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following party who has appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

- **NONE**

I further certify that on this day, I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid on the following parties at the address shown for each.

Viro Development
705 Timbergrove Drive
Atlanta, Georgia 30331

Internal Revenue Service
P.O. Box 7346
Philadelphia, Pennsylvania 19101

Secretary of the Treasury
15th & Pennsylvania Avenue, N.W.
Washington, D.C. 20200

U.S. Securities & Exchange Commission
Office of Reorganization
Suite 900
950 East Paces Ferry Road, N.E.
Atlanta, Georgia 30326

Center Street Lending
7446 Covington Highway
Lithonia, Georgia 30058

Dated: August 7, 2024.

MARY IDA TOWNSON
United States Trustee, Region 21

 *s/ Jonathan S. Adams*
Jonathan S. Adams
Georgia Bar No. 979073
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
404-331-4438
Jonathan.S.Adams@usdoj.gov